In the Matter of the Application to Revoke Letters Testamentary of Gesine Engel, as Executrix of Claus Doscher, Deceased, and for Her Removal as Trustee under the Will of Claus Doscher, Deceased.— Motion denied, with costs.  Present — Jenks, P. J., Thomas, Carr, Woodward, and Rich, JJ.

In the Matter of the Application of Michael J. Manton for an Order Continuing a Mechanic's Lien.  Brooklyn and Flatbush Realty Company, Respondent.— Motion granted, without costs.  Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

In the Matter of James Taylor, an Attorney.— Motion granted.  Present — Burr, Thomas, Carr and Rich, JJ.

In the Matter of the Application of Benjamin A. Younker for Admission to the Bar.— Application granted.  Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Christina Kist, Plaintiff, v. R. M. Haan & Company, Defendant.— Motion to dismiss appeal granted, with costs.  Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Annie L. Lockwood, Respondent, v. Hester C. Wightman and Others, Defendants.  McWalter B. Sutton, Appellant.— Motions denied, without costs.  Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Mary Lutkins, Plaintiff, v. Theodore L. Lutkins, Jr., Defendant.—Motion denied, without costs.  Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Herbert H. Neale and Another, Respondents, v. David E. Burns, Appellant.— Motion to dismiss appeal denied, on condition that appellant perfect his appeal, place the case on the next calendar of this court and be ready for argument when reached; otherwise, motion granted, with costs. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Gjeruld Olsen, Appellant, v. The Singer Manufacturing Company and Another, Respondents.— Motions denied, without costs.  Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

James Petur, by Samuel Petur, His Guardian ad Litem, Appellant, v. Erie Railroad Company, Respondent.— Motion denied, without costs. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

The People of the State of New York, Respondent, v. Paul Cirrigione, Appellant.— Motion granted.  Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

The People of the State of New York, Respondent, v. Rose Cocuzzo, Appellant.— Motion denied, on condition that the appellant perfect her appeal within ten days, place the case at the foot of the present calendar and be ready for argument when reached; otherwise, motion granted. Present — Hirschberg, Burr, Thomas, Woodward and Rich, JJ.